UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

KEITH MORRIS,

                Petitioner,

      -against-

JULIE WOLCOTT,

                Respondent.

-------------------------------------------------------------X

22-CV-00052 (PAE)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/2/2022

**SARAH NETBURN, United States Magistrate Judge:**

    On February 1, 2022, the Court received Petitioner's letter asking for confirmation that his filing fee was received. The check that Petitioner's correctional facility issued was processed on January 18, 2022, and the Petitioner's fee has been paid. The Clerk of Court is respectfully directed to mail a copy of this order to the pro se Petitioner.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    February 2, 2022
                 New York, New York