UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

KEITH MORRIS,

                                 Petitioner,                22-CV-00052 (PAE)(SN)

        -against-                                          **ORDER**

JULIE WOLCOTT,

                                 Respondent.

------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      Petitioner's reply papers were due on May 26, 2022, 30 days from the date he was served with Respondent's answer. As of the issuance of this order, no reply has been filed. In light of Petitioner's pro se status, he is granted until June 22, 2022, to file any reply.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     June 6, 2022
                New York, New York