**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
KEITH MORRIS,

                Plaintiff,

    -against-                                  22 **CIVIL** 52 (PAE)(SN)

                                                       **JUDGMENT**
JULIE WOLCOTT,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated May 1, 2023, the Court denies the Petition. The parties' failure to file written objections, as noted in the Report, precludes appellate review of this decision. See Caidor v. Onondaga County, 517 F.3d 601,604 (2d Cir. 2008); Small v. Sec'y of Health & Hum. Servs., 892 F.2d 15, 16 (2d Cir. 1989) (per curiam). The Court has therefore declined to issue a certificate of appealability, and certifies that any appeal from the order would not be taken in good faith; therefore, in forma pauperis status is denied for the purpose of an appeal. Coppedge v. United States, 369 U.S. 438, 445 (1962); accordingly, the case is closed.

**Dated:**  New York, New York

      May 1, 2023

                                                                **RUBY J. KRAJICK**

                                                                  **Clerk of Court**

                             **BY:**        *K. Mango*

                                                                  **Deputy Clerk**