UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
   KEITH MORRIS,

                              Plaintiff,                   22 Civ. 52 (PAE) (SN)

            -v-

                                                               ORDER

   JULIE WOLCOTT,

                              Defendant.
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

       The Court has received untimely objections from plaintiff Keith Morris, Dkt. 30, to the April 10, 2023 Report and Recommendation, Dkt. 25. In light of his incarcerated and *pro se* status, the Court intends to review his objections. The Government's deadline to respond to the objections is **June 16, 2023**.

       SO ORDERED.

                                                                         *Paul A. Engelmayer*
                                                                        Paul A. Engelmayer
                                                                         United States District Judge

Dated: June 2, 2023
       New York, New York