**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X

KEITH MORRIS,

                        Plaintiff,                  22 **CIVIL** 0052 (PAE)(SN)

        -against-                                 **JUDGMENT**

JULIE WOLCOTT,

                        Defendant.

-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 27, 2023, the petitioner's motion pursuant to 28 U.S.C. § 2254 is denied; the Court declines to issue a certificate of appealability, and certifies that any appeal from this order would not be taken in good faith; therefore, in forma pauperis status is denied for the purpose of an appeal. *Coppedge v. United States*, 369 U.S. 438, 445 (1962); accordingly, the case is closed.

**DATED:** New York, New York
             July 19, 2023

                                                            **RUBY J. KRAJICK**

                                                             **Clerk of Court**

                                       **BY:**

                                                             **Deputy Clerk**